UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERRY C. BLAIR,<br>          Plaintiff,<br>   v.<br>SPOLIN LAW P.C.,<br>          Defendant. | Case No. 25-cv-04417-WHO (PR)<br><br>**ORDER OF TRANSFER** |

Plaintiff Perry C. Blair is suing a law firm that is located in Los Angeles, which he hired to perform legal work regarding a conviction and sentence he received in the Los Angeles County Superior Court. (Compl., Dkt. No. 4 at 2, 4-7.) Accordingly, this federal civil rights action is TRANSFERRED to the Central District of California, wherein venue properly lies because a substantial part of the events or omissions giving rise to the claims occurred there, and because the named defendant resides therein. *See* 28 U.S.C. §§ 84(c), 1391(b), and 1406(a).

Blair's motion to file his 42 U.S.C. § 1983 complaint by mail is GRANTED. (Dkt. No. 5.)

The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED.**

**Dated:** July 9, 2025

                                            WILLIAM H. ORRICK
                                            United States District Judge